# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BO PUTNAM, | ) | |
| Plaintiff, | ) ) ) | 8:06CV385 |
| vs. | ) ) | ORDER |
| ARY, INC., | ) ) | |
| Defendant. | ) | |

On the court's own motion, the telephone planning conference previously set for November 17, 2006, at 2:00 p.m. is cancelled and is **rescheduled for November 20, 2006, at 11:00 a.m.** before the undersigned magistrate judge.  Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 15th day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge