# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BO PUTNAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:06CV385 |
| vs. ) | |
| ) | ORDER |
| ARY, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court following a telephone conference with counsel for the parties on November 20, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 8, 2006** at **1:30 p.m. Central Standard Time**. Plaintiff's counsel shall initiate the telephone conference.

DATED this 21st day of November, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge