# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BO PUTNAM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:06CV385 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **ARY, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a telephone conference with counsel for the parties on December 8, 2006.

**IT IS ORDERED:**

The **telephone** planning conference with the undersigned magistrate judge is continued to **December 15, 2006** at **1:30 p.m. Central Standard Time**.  Plaintiff's counsel shall initiate the telephone conference.

DATED this 8th day of December, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge