IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

BO PUTNAM,                                    )
                                              )
                    Plaintiff,                )            8:06CV385
                                              )
            v.                                )
                                              )
ARY, INC.,                                    )            ORDER OF DISMISSAL
                                              )
                    Defendant.                )
_____              )


        The matter before the court is the parties' joint stipulation to dismiss this case

with prejudice, Filing No. 23.  The court finds that this matter should be dismissed with

prejudice.

        IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the

plaintiff's cause of action against the defendant is hereby dismissed in its entirety, with

prejudice, and with the parties to be responsible for their own costs and attorney fees.

        DATED this 22nd day of January, 2007.

                                BY THE COURT:


                                s/Joseph F. Bataillon
                                Chief United States District Judge