# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BO PUTNAM,<br><br>        Plaintiff,<br><br>v.<br><br>ARY, INC.,<br><br>        Defendant. | CASE NO. 8:06-CV-385<br><br>**AMENDED ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the Joint Stipulation for Dismissal. The Court, being fully advised in the premises, finds and orders as follows:

**IT IS HEREBY ORDERED** that the lawsuit and counterclaim filed herein are dismissed with prejudice.

**IT IS HEREBY FURTHER ORDERED** that the parties shall each bear their own costs and attorneys' fees.

Dated this 23RD day of January, 2007.

                              BY THE COURT:

                              s/ Joseph F. Bataillon
                              District Court Judge

2

Prepared and Submitted By:


s/Christopher R. Hedican
Christopher R. Hedican (#19744)
BAIRD HOLM LLP
1500 Woodmen Tower
Omaha, Nebraska 68102-2068
402-344-0500
402-344-0588 (facsimile)
chedican@bairdholm.com
*Attorneys for Defendant*


Approved as to Form and Content By:


s/Francie C. Riedmann
Francie C. Riedmann (#20143)
Gross & Welch, P.C., L.L.O.
2120 South 72nd St., Ste. 1500
Omaha, NE  68124-2342
402-392-1500
friedmann@grosswelch.com
*Attorneys for Plaintiff*

DOCS/775827.1